UNITED STATES of America, Plaintiff–Appellee,

v.

**David Anthony MORRISON, Jr., Defendant–Appellant.**

**No. 07–15306**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Aug. 7, 2008.

William Gregory Hughes, Mobile, AL, for Defendant–Appellant.

Leigh Lichty Pipkin, U.S. Attorney's Office, Mobile, AL, for Plaintiff–Appellee.

Before TJOFLAT, DUBINA and BLACK, Circuit Judges.

PER CURIAM:

William Hughes, counsel for David Morrison in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the

---

entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Morrison's conviction and sentence are **AFFIRMED.**